**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 13-cv-0812-WJM-MJW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$6,026.00 IN UNITED STATES CURRENCY,

    Defendant.

**ORDER GRANTING MOTION FOR DEFAULT AND FINAL ORDER OF FORFEITURE**

This matter is before the Court on the Government's Motion for Default and Final Order of Forfeiture filed February 19, 2014 (ECF No. 25). The Court having reviewed the Motion hereby FINDS as follows:

1. THAT the United States commenced this action *in rem* pursuant to 21 U.S.C. § 881;

2. THAT all known interested parties have been provided an opportunity to respond and that publication has been effected as required by Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

3. THAT after notice, neither Lacedrick Curry, nor any other third parties, have filed a Claim or Answer as to defendant $6,026.00 in United States Currency as required by Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and as ordered

        in Magistrate Judge Michael Watanabe's October 11, 2013 Minute Order;

4. THAT Entry of Default was entered by the Clerk of the Court on December 9, 2013. (ECF No. 23);

5. THAT based upon the facts and verification set forth in the Verified Complaint, it appears by a preponderance of the evidence that there was reasonable cause for the seizure of defendant $6,026.00 in United States Currency, and a Certificate of Reasonable Cause is granted pursuant to 28 U.S.C. § 2465. It further appears that there is cause to issue a forfeiture order under 21 U.S.C. § 881;

6. THAT the Clerk of Court shall be directed to enter Judgment as to defendant $6,026.00 in United States Currency;

It is therefore ORDERED

1. The Government's Motion is GRANTED.

2. THAT default and forfeiture of defendant $6,026.00 in United States Currency, including all right, title, and interest is hereby entered in favor of the United States pursuant to 21 U.S.C. § 881;

3. THAT the United States shall have full and legal title as to defendant $6,026.00 in United States Currency and may dispose of said property in accordance with law;

4. THAT this Default and Final Order of Forfeiture shall serve as a Certificate of Reasonable Cause as to defendant $6,026.00 in United States Currency under 28 U.S.C. § 2465; and

5. THAT the Clerk of Court is directed to enter Judgment as to defendant

$6,026.00 in United States Currency.

Dated this 20th day of February, 2014.

BY THE COURT:

_____
William J. Martínez
United States District Judge